IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

      Plaintiff,                      No. CIV S-06-1094 GEB KJM P

     vs.

SERGEANT COX, et al.,

      Defendants.             ORDER

_____/

      Plaintiff has requested an extension of time to submit the documents for service pursuant to the court's order of December 14, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's January 18, 2007 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to submit the necessary documents for service.

DATED: January 24, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
keet1094.36