IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

        Plaintiff,                      No. CIV S-06-1094 GEB KJM P

    vs.

SERGEANT COX, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' May 18, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 24, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' May 18, 2007 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: August 30, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
keet1094.36(2)