IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON

        Plaintiff,                    No. CIV S-06-1094 GEB KJM P

    vs.

SERGEANT COX, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On December 20, 2007, the court recommended that defendants' motion to dismiss be denied. Defendants filed objections on January 8, 2008.

        In light of the arguments raised in the objections. IT IS HEREBY ORDERED that:

        1. The findings and recommendations (doc. no. 19) are vacated; and

        2. Plaintiff may file a response to the arguments raised in the objections within twenty days of the date of this order; defendants' reply, if any, is due within ten days of the filing of the response.

DATED: February 15, 2008.

                                                  _____
                                                  U.S. MAGISTRATE JUDGE

2/keet1094.vfr

1