IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

      Plaintiff,                    No. CIV S-06-1094 GEB KJM P

    vs.

SERGEANT COX, et al.,

      Defendants.           ORDER

_____/

        Plaintiff has requested an extension of time to file and serve a response to defendants' objections to the December 20, 2007 findings and recommendations pursuant to the court's order of February 15, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (docket no. 22) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a reply to defendants' objections to the December 20, 2007 findings and recommendations.

DATED: March 17, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
keet1094.36