IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

        Plaintiff,                    No. CIV S-06-1094 GEB KJM P

    vs.

COX, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 11, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 11, 2010 are adopted in full;

2. Defendants' motion to dismiss (docket no. 27) is resolved as follows:

3. Granted as to defendant Cox;

4. Granted as to the claim that defendant Ramirez retaliated against him and filed a false disciplinary report; but

5. Denied as to the claim that defendant Ramirez used excessive force against him.

Dated: March 22, 2010

GARLAND E. BURRELL, JR.
United States District Judge