1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TOMMY ROY KEETON,

11              Plaintiff,              No. CIV S-06-1094 GEB JFM (TEMP) P

12        vs.

13   COX, et al.,

14              Defendants.            ORDER

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On December 20, 2010, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.  Neither

22   party has filed objections to the findings and recommendations.

23              The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1              1.  The findings and recommendations filed December 20, 2010, are adopted in

2   full;

3              2. Defendant Ramirez's motion to dismiss (#34) is denied; and

4              3.  Defendant Ramirez shall file his answer within twenty-one days.

5   Dated:  January 26, 2011

6

7   GARLAND E. BURRELL, JR.

8   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26