IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,                    No. 2:06-cv-1094 GEB JFM (TEMP) P

    vs.

SERGEANT COX, et al.,

    Defendants.          <u>ORDER</u>

_____/

       Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's February 1, 2011 request
2 for the appointment of counsel is denied.
3 DATED: February 9, 2011.

                              _____
                              UNITED STATES MAGISTRATE JUDGE

/md
keet1094.31