IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,          No. CIV S-06-1094 GEB JFM (TEMP) P

  vs.

COX, et al.,

    Defendants.        <u>ORDER</u>

_____/

      Plaintiff has filed a motion requesting permission to propound certain discovery requests. However, plaintiff does not need a court order to engage in discovery. Therefore, his motion (#50) is denied. To the extent plaintiff seeks an extension of the March 14, 2011 deadline for serving discovery requests, plaintiff's request is denied as he has not shown why his requests for discovery were not served before expiration of the deadline.

DATED: April 19, 2011.

UNITED STATES MAGISTRATE JUDGE

kc
keet1094.dis