IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

        Plaintiff,                            No. CIV S-06-1094 GEB JFM (TEMP) P

    vs.

COX, et al.,

        Defendants.               <u>ORDER</u>

_____/

        On May 2, 2011, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's April 20, 2011 order denying plaintiff's request to extend the deadline for propounding discovery requests. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////
/////
/////
/////
/////

1

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2   magistrate judge filed April 20, 2011, is affirmed.

Dated:  May 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2